THE STATE OF OHIO, APPELLANT, *v.* HURAYT, APPELLEE.

[Cite as State *v.* Hurayt (1990), 49 Ohio St. 3d 16.]

(No. 89-217—Submitted December 5, 1989—Decided February 7, 1990.)

*John T. Corrigan,* prosecuting attorney, and *James A. Gutierrez,* for appellant.

*Hyman Friedman,* county public defender, and *Kathryn A. Thomas,* for appellee.

The judgments of the court of appeals and of the trial court are reversed and the cause is remanded to the trial court for further proceedings in accordance with *State* v. *Boston* (1989), 46 Ohio St. 3d 108, 545 N.E. 2d 1220.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

THE STATE, EX REL. FANT, APPELLANT, *v.* FLAHERTY, DIRECTOR OF ADMINISTRATIVE SERVICES, APPELLEE.

[Cite as State, ex rel. Fant, *v.* Flaherty (1990), 49 Ohio St. 3d 16.]

(No. 89-1673—Submitted December 12, 1989—Decided February 7, 1990.)

*Henry J. Fant, pro se.*

*Anthony J. Celebrezze, Jr,* attorney general, and *Lorraine M. Nestor,* for appellee.

For the reasons stated in the memorandum decision and judgment entry of the court of appeals of August 3 and 8, 1989, respectively, the judgment of the court of appeals is affirmed.

SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., not participating.